1052

THE STATE OF WASHINGTON, *Appellant*, v. TYLER MITCHELL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 267735R020, Thomas A. Swayze, Jr., J., entered July 2, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

*In the Matter of the Marriage of* SYDNEY (MACKEY) TASSO, *Respondent, and* THOMAS TASSO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-3-00706-7, James D. Roper, J., entered October 25, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EDWARD ESCALLIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-01673-0, Marcus M. Kelly, J., entered April 3, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KATRINA S. CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-8-01168-5, Neil Q. Rielly, J. Pro Tem., entered December 30, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.